■ In the Matter of ROBERT E. FISCHER, Special Assistant Attorney-General.— Motion granted pursuant to section 657 of the Judiciary Law to permit disclosure of certain information by Commissioner of Jurors of the County of Oneida.

■ In the Matter of POWER AUTHORITY OF THE STATE OF NEW YORK, Respondent, v. H. B. VIDAL, Appellant.— Motion granted and appeal added to calendar for September 1961 Term; respondent to file brief on or before September 15, 1961.

■ In the Matter of the Probate of the Will of LUIGI FRANGELINE, Deceased.— Motion granted to remove case from September 1961 Calendar; case to be placed on calendar for argument at October 1961 Term and respondent's brief to be filed on or before October 5, 1961.

■ In the Matter of LORETTA V. MAYCHOSS, Doing Business as MARTIN'S RESTAURANT, Petitioner, v. MARTIN C. EPSTEIN, et al., Constituting the State Liquor Authority, Respondents.— Motion to add to September 1961 Calendar denied; motion to appeal on original transcript and five typewritten copies of appellant's brief granted; stay continued on condition that appellant's briefs are filed and served on or before September 25, 1961. Respondent's brief must be filed and served on or before October 5, 1961 if case is to be argued at October 1961 Term.

■ (A) In the Matter of the Claim of JOHN R. NELSON v. COUNTY OF ERIE. In the Matter of the Claims of BARBARA NELSON, an Infant, et al. v. COUNTY OF ERIE. (B) ANTOINETTE M. DOYLE, Appellant, v. ILENE McC. SWINTON et al., Respondents.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before September 20, 1961.

■ (A) JOHN SUE, et al., Doing Business as SUE OIL COMPANY, Respondents, v. DONALD W. HOMER et al., Appellants. (B) PAUL KOVAC, Appellant, v. JOSEPH F. SPRINZL, JR., Respondent. (C) GENE KOVAC, Appellant, v. JOSEPH F. SPRINZL, JR., Respondent.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before September 25, 1961.

■ (A) SUNSHINE BUILDERS, INC., Appellant, v. MARY L. KASPER, Respondent. (B) MINNIE B. ALLEN, Respondent, v. DEAN HYLAND, Appellant. (C) LEON E. NIXON et al., Respondents, v. LIBERTY MUTUAL INSURANCE COMPANY, Appellant.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before October 20, 1961.